1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MONSURU WOLE SHO,                          No.  1:21-cv-1812-TLN-AC

12              Petitioner,                      No.  1:23-cv-0029-TLN-AC

13         v.                                    **ORDER**

14    CURRENT OR ACTING FIELD OFFICE
      DIRECTOR, SAN FRANCISCO FIELD
15    OFFICE, UNITED STATES
      IMMIGRATION AND CUSTOMS
16    ENFORCEMENT, et al.

17              Respondents.

18

19

20         Petitioner, an immigration detainee, has filed an application for a writ of habeas corpus

21   pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge

22   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

23         On June 15, 2023, the magistrate judge issued findings and recommendations herein

24   which were served on all parties, and which contained notice that any objections to the findings

25   and recommendations were to be filed within fourteen days.  (ECF No. 47 at 9-10.)  All parties

26   have stated their non-opposition to the findings and recommendations.  (ECF Nos. 48, 49.)

27         The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602

28

1

1  F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

2  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has

3  reviewed the file and finds the findings and recommendations to be supported by the record and

4  by the magistrate judge's analysis.

5        Accordingly, IT IS HEREBY ORDERED that:

6        1.  The findings and recommendations issued June 15, 2023 (ECF No. 47), are

7  ADOPTED in full;

8        2.  The petition is GRANTED;

9        3.  Within fourteen days from the date of this order, the Government shall provide

10  petitioner with a constitutionally compliant bond hearing at which it shall have the burden of

11  proof by clear and convincing evidence, and

12        4.  All pending motions in related case *Sho v. Becerra*, No. 23-cv-0029-TLN-AC (ECF

13  Nos. 10, 15, 16) are DENIED as moot and the case is DISMISSED as moot.

14  Date: June 20, 2023

15

16

17        Troy L. Nunley
        United States District Judge

18

19

20

21

22

23

24

25

26

27

28

                                        2